UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
DOCKET N. A04-0034-02-CR (RRB)

RECEIVED
MAY 12 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

---

UNITED STATES OF AMERICA,

RESPONDENT/PLAINTIFF

V.

HERMAN OYAGAK,

PETITIONER/DEFENDANT

---

PETITION FOR A WRIT OF HABEAS CORPUS,

PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE TO A JUDGMENT ENTERED

IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF ALASKA

---

DATED: 5-07-06

HERMAN OYAGAK
FED. REG. NO. 14941-006
U.S. PENITENTIARY
3901 KLEIN BOULEVARD
LOMPOC, CALIFORNIA
93436

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Of Alaska** |
|---|---|
| Name (under which you were convicted): **Herman Oyagak** | Docket or Case No.: |
| Place of Confinement: **3901 Klein Boulevard Lompoc, CA. 93436** | Prisoner No.: **14941-006** |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | **Herman Oyagak** |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   <u>United States District Court, For The District Of Alaska</u>
   <u>Fed. Bldg. & U.S. Courthouse 222 West 7th Avenue Anchorage Alaska</u>
   <u>99513-7564</u>

   (b) Criminal docket or case number (if you know): <u>A04-0034-02-CR (RRB)</u>

2. (a) Date of the judgment of conviction (if you know): <u>May 26, 2005</u>

   (b) Date of sentencing: <u>May 26, 2005</u>

3. Length of sentence: <u>60 Months</u>

4. Nature of crime (all counts): <u>Violation Of Title 16 U.S.C. § 3372 (A)(1);</u>
   <u>16 U.S.C. § 3373 (D)(1)(B), Unlawful transportation of Wastefully taken</u>
   <u>Walrus.</u>

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐     (2) Guilty ☐     (3) Nolo contendere (no contest) ☒

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____
   <u>Pleaded guilty to the charges mentioned above</u>

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9. If you did appeal, answer the following:
   (a) Name of court: __N/A__
   (b) Docket or case number (if you know): __N/A__
   (c) Result: __N/A__
   (d) Date of result (if you know): __N/A__
   (e) Citation to the case (if you know): __N/A__
   (f) Grounds raised: __N/A__

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): __N/A__
   (2) Result: __N/A__

   (3) Date of result (if you know): __N/A__
   (4) Citation to the case (if you know): __N/A__
   (5) Grounds raised: __N/A__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __N/A__
        (2) Docket or case number (if you know): __N/A__
        (3) Date of filing (if you know): __N/A__

(4) Nature of the proceeding: __N/A__

(5) Grounds raised: __N/A__

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

(7) Result: __N/A__

(8) Date of result (if you know): __N/A__

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: __N/A__

(2) Docket or case number (if you know): __N/A__

(3) Date of filing (if you know): __N/A__

(4) Nature of the proceeding: __N/A__

(5) Grounds raised: __N/A__

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

(7) Result: __N/A__

(8) Date of result (if you know): __N/A__

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☒

(2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: **Attorney Failed to advice me about my appeal chalenging my sentence, not the conviction**

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: **Illegal Search And Seizure , Fourth (4th) Amendment,** Of Counsel **Due Process, Right To Self Incrimination Fifth (5th) Amendment,** Sixth (

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
**Counsel Failed to raise issues about the indictment in which is duplicitous, failed to challenge the arrest, incriminating statements from witness, right to self incrimination, Counsel was ineffective by Not Advicing Me the consequences of my guilty plea, Counsel failed to raise issues about the Sentencing Guidelines, which they are advisory not mandatory, over stated criminal history, failed to review the PSR, with client, failed to object to the PSR. Ineffective Assistance Of Counsel by failing to investigate and prepare a defense, on my behalf.**

(b) Direct Appeal of Ground One:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☒
    (2) If you did not raise this issue in your direct appeal, explain why: Counsel Failed
    **Ineffective Assistance Of Counsel**

(c) Post-Conviction Proceedings:
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐   No ☒
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition: **N/A**
    Name and location of the court where the motion or petition was filed: **N/A**

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Ineffective Assistance Of Counsel__

GROUND TWO: __Violation Of Fed. R. Crim. 32__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__Counsel failed to review the PSR, failed to file a objections to the PSR, in which overstates the criminal history, Inter alia, violations__

(b) **Direct Appeal of Ground Two:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

  Yes ☐   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why: _____

  __**Ineffective Assistance Of Counsel**_____

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

  Yes ☐   No ☒

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: __**N/A**_____

  Name and location of the court where the motion or petition was filed: __**N/A**__

  Docket or case number (if you know): __**N/A**_____

  Date of the court's decision: __**N/A**_____

  Result (attach a copy of the court's opinion or order, if available): __**N/A**__

  (3) Did you receive a hearing on your motion, petition, or application?

  Yes ☐   No ☒

  (4) Did you appeal from the denial of your motion, petition, or application?

  Yes ☐   No ☒

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

  Yes ☐   No ☒

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: __**N/A**_____

  Docket or case number (if you know): __**N/A**_____

  Date of the court's decision: __**N/A**_____

  Result (attach a copy of the court's opinion or order, if available): __**N/A**__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Ineffective Assistance Of Counsel__

GROUND THREE: __Due Process__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
__Failure of the district court to comply with criminal rule requiring district court to make findings concerning information defendant challenged in presentence report or to state that no such findings were necessary because the district court would not rely on the disputed information in sentencing.__

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __Ineffective Assistance Of Counsel__

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Ineffective Assistance Of Counsel__

GROUND FOUR: __The Indictment is duplicitous in violation of the Fifth (5th) Amendment__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
__Petitioner cannot be charged twice for the same offense "Unlawful Transportation" and "Wastefully take walrus"__

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: _____

      **Ineffective Assistance Of Counsel**

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: **N/A**

   Name and location of the court where the motion or petition was filed: **N/A**

   Docket or case number (if you know): **N/A**

   Date of the court's decision: **N/A**

   Result (attach a copy of the court's opinion or order, if available): **N/A**

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐  No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐  No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐  No ☒

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: **N/A**

   Docket or case number (if you know): **N/A**

   Date of the court's decision: **N/A**

   Result (attach a copy of the court's opinion or order, if available): **N/A**

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __Ineffective Assistance Of Counsel__

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __Due Process , Search and Seizure, self incrimination__

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __N/A__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: __Scott Sterling, Esq., Federal Public Defender 550 West 5th Avenue, Suite 1600 Anchorage, Alaska 99501__
(b) At arraignment and plea: __Same As Above__

(c) At trial: _____

(d) At sentencing: __Same As Above__

(e) On appeal: _____ **N/A** _____

(f) In any post-conviction proceeding: ___**N/A**_____

(g) On appeal from any ruling against you in a post-conviction proceeding: __**N/A**____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐  No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____**N/A**_____

    (b) Give the date the other sentence was imposed: _____**N/A**_____
    (c) Give the length of the other sentence: _____**N/A**_____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐  No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*  **Present Petition For A Writ Of Habeas Corpus is filed in a timely manner.**

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: __Grant an evidentiary Hearing vacate set aside, sentence and be resentenced, to the lowest of the Sentencing Guidelines__

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on 5-02-06 _____ (month, date, year).

Executed (signed) on __5-02-06__ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]
\* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. |
| RESPONDANT/PLAINTIFF | : | A04-0034-02-CR(RRB) |
| | : | |
| | : | |
| V. | : | WRIT OF HABEAS CORPUS |
| | : | 28 U.S.C. § 2255 |
| | : | |
| HERMAN OYAGAK, | : | |
| PETITIONER/DEFENDAT | : | |

## CERTIFICATE OF SERVICE

I, Herman Oyagak, do hereby certify that on this date, I have served a copy of the foregoing documents, by placing the same at the Institutional Mail Box at, U.S. Penitentiary 3901 Klein Boulevard Lompoc, California 93436, addressed to the following:

U.S. Department Of Justice
Office OF The U.S. Attorney
For The District OF Alaska
Robert C. Bundy, Esq.,
Fed. Bldg. & Courthouse
222 West 7th Avenue # 9
No. 7 Rm. 253
Anchorage, Alaska 99513-7567

Herman Oyagak
Fed. Reg. No. 14941-006
U.S. Penitenitary
3901 Klein Boulevard
Lompoc, California
93436

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. |
| RESPONDANT/PLAINTIFF | : | A04-0034-02-CR(RRB) |
| | : | |
| | : | |
| V. | : | Writ Of Habeas Corpus |
| | : | 28 U.S.C. § 2255 |
| | : | |
| HERMAN AYAGAK, | : | |
| PETITIONER/DEFENDANT | : | |

## CERTIFICATE OF SERVICE

I, Herman Oyagak, do hereby certify that on this date, I have served a original and three (3) copies of the foregoing documents, by placing the same at the Institutional mail Box at, U.S. Penitentiary 3901 Klein Boulevard Lompoc, California 93436, addressed to the following:

Office Of The Clerk Of Court
United States District Court
For The District Of Alaska
Honorable Michael D. Hall (Clerk)
Fed. Bldg. & Courthouse
222 West 7th Avenue #4
Anchorage, Alaska
99513-7564

Herman Oyagak
Fed. Reg. No. 14941-006
U.S. Penitentiary
3901 Klein Boulevard
Lompoc, California
93436