5-28-06

To Honorable Magistrate Judge Roberts

My name is Herman A. Oyagak Federal reg. no. 14941-006, currently incarcerated at Lompoc, CA. My case no. is 3:04-CR-00034-RRB-2. According to my paper work, my case was referred to you. I had received some paper work pertaining - Order Directing Service and Response and the deadline for this paperwork to be return to you is June 19, 2006. I'm currently sitting in administrative segregation for 45 days where I have no access to my court papers or law labrary. Therefore, I'm requesting a 30 day extention, where the deadline would be July 19, 2006. I would really appreciate it under my circumstance. Thank you.

Sincerely, Herman A. Oyagak
Herman A. Oyagak 14941-006
U.S. Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436