UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
DOCKET NO. 3:04-CR-34

RECEIVED
JUN 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA,

RESPONDENT

V.

HERMAN OYAGAK,

PETITIONER

NOTICE OF INTENT TO PROCEED
WITHOUT COUNSEL

DATED: 6-23-06

HERMAN OYAGAK
FED. REG. NO. 14941-006
U.S. PENITENTIARY
3901 KLEIN BOULEVARD
LOMPOC, CALIFORNIA
93436

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. |
| RESPONDENT | : | 3:04-CR-34 |
| V. | : | |
| HERMAN OYAGAK | : | |
| PETITIONER | : | |

### NOTICE OF INTENT TO PROCEED WITHOUT COUNSEL

I, Herman Oyagak, hereinafter ("Petitioner"), respectfully moves this Honorable Court, to file a Notice Of Intent To Proceed Without Counsel, on the above entitled matter, representing myself, declare under the penalty of perjury, that I have been informed that the Criminal Justice Act, **18 U.S.C. § 3006**, et. Seq. authorize the court to appoint an attorney for a habeas petitioner who cannot afford his own attorney: and I hereby give notice to the court that I intend to represent myself and proceed without counsel in this habeas action.

Respectfully Submitted

Dated: 6-23-06

Herman Oyagak