UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
JUN 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DOCKET NO. |
| RESPONDENT | : | 3:04-CR-34 |
| | : | |
| V. | : | |
| | : | |
| HERMAN OYAGAK, | : | |
| PETITIONER | : | |

CERTIFICATE OF SERVICE

I, Herman Oyagak, do hereby certify that on this date, I have served a          copy of the foregoing documents, by placing the same, in the Institutional Mail Box, U.S. Penitentiary 3901 Klein Boulevard, Lompoc, California 93436, first class, postage pre-paid, addressed to the following:

U.S. Department Of Justice
Office Of The U.S. Attorney
For The District Of Alaska
Robert C. Bundy, Esq.,
FED. Bldg. & Courthouse
222 West 7th Avenue #9, Rm. 253
Anchorage, Alaska
99513-7567

*Herman Oyagak*
Herman Oyagak
Fed. Reg. No. 14941-006
U.S. Penitentiary
3901 Klein Boulevard
Lompoc, California
93436