DEBORAH M. SMITH
Acting United States Attorney

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: andrea.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  3:04-cr-034-RRB |
| Plaintiff, | ) |
| vs. | ) NOTICE OF ATTORNEY APPEARANCE |
| HERMAN OYAGAK, | ) |
| Defendants. | ) |

    COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Andrea Steward now appears as counsel for the for United States of America in the above-entitled action. All future correspondence in this matter should be sent to:

ANDREA STEWARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: andrea steward@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on First Assistant U.S. Attorney James A. Goeke now that the undersigned is appearing as counsel.

RESPECTFULLY SUBMITTED this 12th day of July, 2006 at Anchorage, Alaska

DEBORAH M. SMITH
Acting United States Attorney

s/ Andrea Steward
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: andrea.steward@usdoj.gov

Certificate of Service
I declare hereby certify that on June 29, 2006
a copy of the foregoing was served via U.S. Mail
on:

Herman A Oyagak
14941-006
USP LOMPOC
3901 Klein Blvd
Lompoc, CA 93436

　s/Andrea Steward
Assistant U.S. Attorney