MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. HERMAN A. OYAGAK

Case No. *3-04-cr-00034-RRB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

### MINUTE ORDER FROM CHAMBERS

Petitioner Oyagak, proceeding pro se, has filed his amended § 2255 motion at Docket No. 120.  The court deems this pleading to be a "supplement" to defendant's 2255 motion filed at Docket No. 112.  Accordingly, the United States Attorney shall file its answer or other responsive pleading on or before close of business August 21, 2006.  The answer shall respond to allegations of the Motion and Supplement, and in addition, state whether the petitioner has used any other available federal remedies, including any prior post-conviction motions under these rules, to address the issues presented. See Rule 5, Rules Governing Section 2255 Proceedings.  The United States Attorney shall also supplement his answer or response with appropriate copies of transcripts, affidavits and a memorandum of points and authorities as may be material to the questions raised.

Upon reviewing the government's response, the court shall determine whether a hearing should be scheduled or whether the motion may be determined without a hearing.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

July 17, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-04-cr-00034-RRB-JDR 2255 OYAGAK MO Re Response to Petition.wpd