UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
SEP 14 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | | |
|---|---|---|
| United States Of America, | : | Docket No. |
| Plaintiff | : | 3:04-CR-0034-RRB |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Herman Oyagak | : | |
| Petitioner | : | |

CERTIFICATE OF SERVICE

I Herman Oyagak, do hereby certify that on this date, I have served a original and three (3) copies of the foregoing documents, by placing the same at the institutional mail box, at U.S. Penitentiary 3901 Klein Boulevard Lompoc, California 3901, first class postage pre-paid addressed to the following:

Office Of The Clerk Of Court
United States District Court
For The District Of Alaska
Federal Building, U.S. Courthouse
222 West 7th Avenue #4
Anchorage, Alaska
99513-7564

/s/ Herman Oyagak
Herman Oyagak
Fed. Reg. No. 14941-006
U.S. Penitentiary
3901 Klein Boulevard
Lompoc, California
93436