UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
SEP 14 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | | |
|---|---|---|
| United States Of America, | : | Docket No. |
| Plaintiff | : | 3:04-CR-0034-RRB |
| | : | |
| v. | : | |
| Herman Oyagak | : | |
| Petitioner | : | |

### CERTIFICATE OF SERVICE

I Herman Oyagak, do hereby certify that on this date, I have served a copy of the foregoing documents, by placing the same at the Institutional Mail Box, at U.S. Penitentiary 3901 Klein Boulevard Lompoc, California 93436, postage pre-paid first class, addressed to the following:

U.S. Department Of Justice
United States Attorney's Office
For The District Of Alaska
Andrea T. Steward, Esq.,
Assistant U.S. Attorney
Federal Building & Courthouse
222 West 7th Ave., Room 253, #9
Anchorage Alaska
99513-7567

Herman Oyagak
Fed. Reg. No. 14941-006
U.S. Penitentiary
3901 Klein Boulevard
Lompoc, California
93436