IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HERMAN OYAGAK,<br><br>　　　　Defendant. | Case No. 3:04-cr-0034-RRB<br><br><br><br>**ORDER GRANTING MOTION<br>TO DISMISS** |

　　　　Before the Court at Docket 112 is Defendant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, and the Plaintiff's Motion to Dismiss at Docket 122. The matter has been fully briefed and the Magistrate Judge recommended that the Government's motion be granted and the Defendant's motion be dismissed. No objection to the Magistrate Judge's Recommendation at Docket 125 has been filed and the Court will therefore treat the Magistrate Judge's Recommendation of April 26, 2007, as the final recommendation.

　　　　The Court hereby accepts and adopts the Recommendation at Docket 125 and, for the reasons set forth therein, hereby **GRANTS** the Government's motion and this matter is therefore **DISMISSED.**

　　　　ENTERED this 14th day of August, 2007.

　　　　　　　　　　　　　　S/RALPH R. BEISTLINE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION